**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,
JAMES A. SESTRICH, Division Chief, Denver Fire Department,
KELLEY S. CALDWELL, Division Chief, Denver, Fire Department,
JOSEPH R. HART, Assistant Chief, Denver Fire Department, and
FRANK J. HOFFMAN, Lieutenant, Denver Fire Department,

      Defendants.

---

**ORDER ON PLAINTIFF'S MOTION FOR CONSOLIDATION
AND CONTINUANCE OF TRIAL**

---

**Blackburn, J.**

      The matter before me is Plaintiff's Motion for Consolidation and Continuance of

Trial [#49], filed September 15, 2005.  Plaintiff asks that this case be consolidated with

Civil Case No. 04-cv-01434-REB-CBS, ***Cadorna v. Safeway, Inc.***, and that the trial

date be continued until at least September, 2006.[1]  Plaintiff maintains that unless the

trial date is extended and the cases consolidated, he will be unable to finance this

litigation.  However, I remain of the opinion that these two cases are not proper for a

consolidated trial.  (***See*** Order on Safeway's Motion to Consolidate [#19], filed October

5, 2004.)  Moreover, if continued, the first available date on my docket for trial of either

---

[1] Plaintiff  also seeks the extension of various pretrial discovery deadlines.  The magistrate
judge has already informed the parties that no such extensions will be granted unless the trial date is
likewise extended.  (***See*** Minute Order [#52], filed September 16, 2005.)

case is not until July, 2007.  Extended delay of this nature does not promote economy

or efficiency for anyone involved in the litigation and is the antithesis of that intended

under Fed. R. Civ. P. 1.

      **THEREFORE, IT IS ORDERED** that Plaintiff's Motion for Consolidation and

Continuance of Trial [#49], filed September 15, 2005, is **DENIED**.

      Dated September 19, 2005, at Denver, Colorado.

                    BY THE COURT:

                    s/ Robert E. Blackburn
                    Robert E. Blackburn
                    United States District Judge