**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
JAMES A. SESTRICH,
KELLEY S. CALDWELL,
JOSEPH R. HART, and
FRANK J. HOFFMAN,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION BY PLAINTIFF FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

---

    THIS MATTER having come before the Court on Plaintiff William R. Cadorna's ("Plaintiff") motion pursuant to Fed.R.Civ.P. 15(a) and 15(b), with Defendants' written consent, for leave to file his Second Amended Complaint to narrow claims asserted, to eliminate the individual Defendants in this action, to conform his complaint to the evidence obtained through discovery to date, and to clarify the basis of his claims against the remaining Defendant, the City and County of Denver ("City"), and the Court being duly advised in the premises thereof,

    THE COURT **ORDERS**, good cause having been shown, that Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (filed February 28, 2006; *doc. no. 67*) be

**GRANTED**, and that Defendant City answer Plaintiff's Second Amended Complaint within twenty (20) days of the date of this Order.

DATED at Denver, Colorado, this 1st day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge