**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,
JAMES A. SESTRICH, Division Chief, Denver Fire Department,
KELLEY S. CALDWELL, Division Chief, Denver, Fire Department,
JOSEPH R. HART, Assistant Chief, Denver Fire Department, and
FRANK J. HOFFMAN, Lieutenant, Denver Fire Department,

      Defendants.

---

MINUTE ORDER[1]

---

Defendant's Motion for Leave to Exceed the Twenty Page Limit for the City and County of Denver's Motion and Brief for Summary Judgment [#71], filed March 1, 2006, is DENIED for failure to adequately comply with D.C.COLO.L.Civ.R. 7.1.A, and to state good cause to extend the page limits.  Therefore, Defendant City and County of Denver's Motion for Summary Judgment [#72], and City and County of Denver's Brief in Support of Motion for Summary Judgment [#73] are STRICKEN.  The court also notes that defendant's brief clearly is not in compliance with REB Civ. Practice Standard V.H.3.b. formatting requirements of the civil practice standards.

Dated:  March 2, 2006
-------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.