**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-1067-REB-CBS

WILLIAM R. CADORNA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED**
**THE TEN PAGE LIMIT FOR RELY BRIEF IN SUPPORT OF MOTION FOR**
**SUMMARY JUDGMENT**

---

      Defendant, City and County of Denver ("Denver"), by undersigned counsel, respectfully requests leave to file its Reply Brief in Support of Motion for Summary Judgment exceeding the Court's ten (10) page limit for such briefs by one page which contains only the signature block.

      **AS GROUNDS THEREFORE**, Denver states as follows:

<u>D.C.COLO.LCivR 7.1 Certification</u>

      1.      As required by D.C.COLO.LCivR 7.1, the Defendant has contacted Plaintiff's counsel concerning this motion who advises that he has no objection to this motion.

2.      Denver is filing with this motion its Reply Brief in Support of Motion for Summary Judgment.

4.      The Practices Standards for this Court limit the number of pages for reply briefs to ten (10) pages including, among other things, the signature block.  *See* REB Civ. Practice Standard V.H.3 (a).

5.      Denver's reply brief excluding the signature block is ten (10) pages with only the signature block on the eleventh page.

7.      Denver does not believe that the Plaintiff or the Court will be prejudiced if this motion is granted as the heading, argument and closing are all contained in ten (10) pages.

WHEREFORE, Defendant respectfully requests the entry of an Order permitting it  to submit its Reply Brief in Support of Motion for Summary Judgment that is in excess of ten (10) pages where only the signature block appears on the eleventh page.

Respectfully submitted this 2nd day of May, 2006.

Jack M. Wesoky
Assistant City Attorney


 s/ Jack M. Wesoky
**Jack M. Wesoky**
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202-5332
Telephone: 720-913-3100
Fax: 720-913-3190
E-Mail: dlefiling.litigation@ci.denver.co.us
Attorney for Defendant
City and County of Denver

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 2, 2006, I electronically filed the foregoing **DEFENDANT'S UNOPPOSSED MOTION FOR LEAVE TO EXCEED THE TEN PAGE LIMIT FOR THE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> **Mark E. Brennan**
> markebrennanpc@yahoo.com

and I hereby certify that I have mailed the document to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Interoffice mail to:

Manager Alvin LaCabe, Jr.
Manager of Safety
Department of Safety
1331 Cherokee St.
Denver, CO  80204

Chief Larry Trujillo
Department of Safety
Denver Fire Department
745 W. Colfax
Denver, CO  80204

s/ Marilyn Barela
Marilyn Barela, Legal Secretary
Office of the Denver City Attorney

G:\PM_DOCS\JWESOKY\MOTIONS\