**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,
JAMES A. SESTRICH, Division Chief, Denver Fire Department,
KELLEY S. CALDWELL, Division Chief, Denver, Fire Department,
JOSEPH R. HART, Assistant Chief, Denver Fire Department, and
FRANK J. HOFFMAN, Lieutenant, Denver Fire Department,

    Defendants.

---

MINUTE ORDER[1]

---

    Defendant's Unopposed Motion for Leave to Exceed the Ten Page Limit for Rely [*sic*] Brief in Support of Motion for Summary Judgment [#102] filed on May 2, 2006, is GRANTED and the Defendant's Reply in Support of Motion for Summary Judgment [#103] is accepted for filing.

Dated: May 3, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.