IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

    Defendant.

_____

**ORDER GRANTING NON-PARTY MOVANTS' MOTION TO QUASH SUBPOENAS**
_____

**Blackburn, J.**

    The matter before me is **Non-Party Movants' Motion to Quash Subpoenas** [#136], filed June 15, 2006.  I grant the motion.  This brief order is entered so that the movants and the parties may have the benefit of the court's ultimate ruling as soon as practicable given the imminency of the trial to which the subpoenas pertain.  My full written findings of fact and conclusions of law will follow as soon as practicable.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Non-Party Movants' Motion to Quash Subpoenas** [#136], filed June 15, 2006, is **GRANTED**; and

    2.  That the subpoenas issued by plaintiff to Earl Peterson, Christopher Olson, Anna Flores, Cecilia Mascarenas, Samuel Williams, John A. Criswell, Brian Kellogg, and Elizabeth Kiovsky to appear before this court to testify in the trial of this matter are **QUASHED** and are of no further force and effect.

Dated June 16, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**