**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

     Defendants.

---

## MINUTE ORDER[1]

---

     Defendant's Motion to Postpone Entry of Judgment [#177], filed August 30, 2006, is DENIED as moot.

Dated:  November 21, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.