# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 04-cv-01067-REB-CBS

WILLIAM R. CADORNA,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation,

    Defendants.

_____

## ORDER

**Blackburn, J.**

    The matter is before me *sua sponte* to schedule the briefing of the issues raised by and inherent to defendant's post-trial motions and the filing of plaintiff's anticipated motion for attorney fees and costs. The schedule that I now impose is intended and designed to implement the principles and requirements of Fed.R.Civ.P. 1, and to accommodate the exigencies and requirements of my docket. The resultant scheduling orders are entered in the exercise of my discretion under D.C.COLO.LCivR 7.1C.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff **SHALL FILE** his responses to defendant's **Motion and Supporting Brief For New Trial Because of Attorney Misconduct** [#209], filed December 11, 2006, **Motion to Alter or Amend Judgment and Supporting Brief** [#210], filed December 11, 2006, and **Motion and Supporting Brief For Judgment As a Matter of Law** [#211], filed December 11, 2006, by no later than close of business on

**Wednesday, January 31, 2007**;

     2.  That defendant **MAY FILE** a reply to any of the above responses by no later than close of business on **Friday, February 23, 2007**;

     3.  That the court's **Minute Order** [#213], filed December 19, 2006, is **VACATED**;

     4.  That plaintiff **MAY FILE** any motion for attorney fees and costs by no later than close of business on **Friday, March 9, 2007**;

     5.  That the schedule for briefing of responses and replies to any such motion for attorney's fees and costs **SHALL BE GOVERNED** by the deadlines set forth in D.C.COLO.LCivR 7.1C; and

     6.  That no further extensions of time will be granted.

     Dated January 4, 2007, at Denver, Colorado.

                               **BY THE COURT:**

                               **s/ Robert E. Blackburn**
                               **Robert E. Blackburn**
                               **United States District Judge**