IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01067-MSK-CBS

WILLIAM R. CADORNA,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JAMES A. SESTRICH;
KELLEY S. CALDWELL;
JOSEPH R. HART;
FRANK J. HOFFMAN,

      Defendants.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of

Judge Marcia S. Krieger to be held on **August 15, 2008,** at **11:15 a.m.** in the United States

District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj

U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel shall *bring their calendars*. The

parties shall be prepared to address the future course of this case.

    Counsel may appear at this hearing by telephone.  To appear telephonically, counsel and

any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court

days before the hearing to make arrangements.

    DATED this 11th day of July, 2008.

                     **BY THE COURT:**

Marcia S. Krieger
United States District Judge