IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: August 15, 2008 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 04-cv-01067-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| WILLIAM R. CADORNA, | Mark Brennan |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation, | Franklin Nachman  Christopher Lujan |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Law and Motions.

**11:15 a.m.    Court in session.**

The Court addresses case status.

Statements from counsel.

**ORDER:**   The Final Pretrial Order, exhibit and witness lists, proposed *voir dire* and jury instructions will be filed by **September 12, 2008. No extensions will be granted.**

**ORDER:**   Any motions seeking delay of resetting the trial will be filed by **September 12, 2008. No extensions will be granted.**

**ORDER:**   Defendants' Motion to Amend Final Pretrial Order (**Doc. #262**) is **DENIED** as moot.

The Court addresses trial length (counsel will include how much time they need in the Final Pretrial Order), trial process, evidentiary issues and any questions posed by counsel.

**ORDER:** The time allotted for trial will be split evenly between the parties to use however they choose (opening statements, closing arguments, witness examination and argument). The time will be tracked by the Courtroom Deputy on a chess clock.

The trial will be set at a future law and motions hearing . At that hearing, the Final Pretrial Conference will be set.

**11:53 a.m.** **Court in recess.**

**Total Time: 38 minutes.**
**Hearing concluded.**